UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIVERSITY FOR INTEGRATIVE STUDIES,<br><br>                          Plaintiff,<br>v.<br><br>Katherine WESTERLUND, et al.,<br>                          Defendants. | Case No.: 24-cv-1701-AGS-KSC<br><br>**ORDER GRANTING IN PART PRELIMINARY-INJUNCTION MOTION (ECF 10)** |

      On December 11, 2024, the Court held a hearing on plaintiff San Diego University for Integrative Studies' (SDUIS') preliminary-injunction motion. Because serious factual questions must be resolved that raise serious questions on the merits, and for all the reasons stated on the record, plaintiff's preliminary-injunction motion is granted in part.

      During this litigation, defendants are enjoined from revoking SDUIS' (1) Student and Exchange Visitor Program (SEVP) certification and (2) Student and Exchange Visitor Information System (SEVIS) access for the regulatory violations discussed during the hearing relating to degree licensing and address changes. Defendants may not reduce or change the SEVP certification or SEVIS access that SDUIS had before the final agency decision at issue here.

      Further, at defendants' request, the Court orders that, should SDUIS lose SEVIS access during this litigation, SEVP will provide currently enrolled SDUIS students on F-1 nonimmigrant visas a 30-day grace period to transfer to a new SEVP-certified school, to change status, or to depart the United States. (ECF 27, at 3.) During this 30-day grace period, defendants will allow F-1 students to maintain their valid F-1 nonimmigrant status. (*Id.*)

Dated: December 12, 2024

                                                        Hon. Andrew G. Schopler
                                                        United States District Judge